IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE ELLIOTT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POINT BREEZE STATION MAIL DEPARTMENT | : | NO. 17-257 |

## ORDER

AND NOW, this 23rd day of January, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, J.

ENTERED

CLERK OF COURT